UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION


EMILIO NIEVES MATANZAS                    Case No.   1:26-cv-01357
Plaintiff


VS.                                              Judge
ELEAZAR GARCIA, JR., ET AL              Magistrate Judge
Defendant

**ORDER**


IT IS ORDERED that Rafael Verde, Jr. be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Emilio Nieves Matanzas in the above described action.

SO ORDERED on this, the 4th day of May, 2026.


_____
U.S. Magistrate Judge